IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

v.                          **CASE NO. 4:20-CR-00065-BSM**

**TYRON GILES**                                                          **DEFENDANT**
Reg. No. 33235-009

## ORDER

Tyron Giles's *pro se* motion for compassionate release or sentence reduction [Doc. No. 85] is denied because there are not extraordinary and compelling circumstances to warrant early release. *See* 18 U.S.C. § 3582(c)(1)(A).

Giles was sentenced as an armed career criminal to 120 months of imprisonment for being a felon in possession of a firearm and 132 months of imprisonment for possession with intent to distribute methamphetamine. The sentences were run concurrently. Doc. No. 69. Giles is seeking compassionate release or sentence reduction based on: (1) intervening changes in sentencing law; (2) rehabilitation; and (3) harsh prison conditions. His request is denied for five reasons.

First, compassionate release is not warranted because Giles's violent criminal history indicates that he is a danger to the community. PSR ¶¶ 28–48. Second, 18 U.S.C. section 922(g)(1) is properly applied to defendant even if his prior felony offenses were non-violent. *United States v. Jackson*, 110 F.4th 1120, 1125 (8th Cir. 2024), cert. denied, 145 S. Ct. 2708, 221 L. Ed. 2d 970 (2025). Third, rehabilitation alone is not enough to warrant a sentence reduction. 28 U.S.C. § 994(t). Fourth, the prison conditions that Giles complains of are not

grounds for compassionate release. *See United States v. Vest*, 754 F. Supp. 3d 829, 838 (W.D. Mo. 2024) (citing *United States v Topel,* No. 18-cr-0363-BP (W.D. Mo. Feb. 16, 2022)). Fifth, Giles failed to exhausted his administrative remedies. *See* 18 U.S.C. § 3582(c)(1)(A). This is true because Giles failed to include any documentation indicating that he met the exhaustion requirement.

Finally, the section 3553(a) factors were considered at sentencing and nothing in the record supports a reduction. *See United States v. Ram*, No. 5:13-CR-50045, 2020 WL 3100837, at *3 (W.D. Ark. June 11, 2020) (no reason to revisit section 3553(a) factors when movant has not met his burden of showing extraordinary and compelling reasons to justify early release).

Giles's request that he be appointed a lawyer for this motion is denied.

IT IS SO ORDERED this 2nd day of December, 2025.

/s/ Brian S. Miller<br>
UNITED STATES DISTRICT JUDGE